**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Steven Hamman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN HAMMAN,<br><br>　　　　　Defendant. | CASE NO.  1:13-cr-00220-AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 27, 2014; ORDER THEREON** |

　　　**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for November 25, 2013, **be continued to January 27, 2014, at 1:00 P.M.**  Defense counsel has ordered medical and psychological records, as well as other reports regarding the client's criminal history.  Counsel recently received several hundred pages of reports and is still awaiting delivery of additional reports.  This continuance is necessary to allow time for delivery of the remaining reports and to review this new discovery.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  November 20, 2013                         /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
                                                  Attorney for Defendant,
                                                  STEVEN HAMMAN

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated:  November 20, 2013                         /s/ Christopher D. Baker
                                                  CHRISTOPHER D. BAKER
                                                  Assistant United States Attorney

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).  Second Status Conference in the above captioned matter set for November 25, 2013, is **continued to January 27, 2014, at 1:00 P.M.  before Judge McAuliffe.**

IT IS SO ORDERED.

   Dated:   **November 21, 2013**              /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE