BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>STEVEN HAMMAN,<br><br>                  Defendants. | CASE NO. 1:13-CR-00220 AWI-BA<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: February 10, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference date currently set for January 27, 2014, be vacated and that this matter be set for Change of Plea hearing on February 10, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(7)(A) and (B).

Dated: January 22, 2014                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                                    By: /s/ CHRISTOPHER D. BAKER
                                                        CHRISTOPHER D. BAKER
                                                        Assistant United States Attorney

Dated:   January   23 , 2014          /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant
                                      STEVEN HAMMAN

ORDER

IT IS SO ORDERED that the Status Conference date of January 27, 2014 at 1:00 PM before Judge McAuliffe, be VACATED and the Change of Plea hearing is set for February 10, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii in Courtroom 2.   Excludable time under 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **January 23, 2014**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2